**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**OLLIE LEE EVANS**                                                       **PLAINTIFF**

**v.**                                                                       **NO. 4:11CV129-M-V**

**EMMITT SPARKMAN, ET AL.**                                       **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated June 22, 2012, and the July 9, 2012, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated June 22, 2012, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

3. That, in light of this ruling, any motion currently pending before the court in this case are **DISMISSED** as moot.

4. That this case is **CLOSED**.

THIS, the 18th day of September, 2012.

                                                            **/s/ MICHAEL P. MILLS**
                                                            **CHIEF JUDGE**
                                                            **UNITED STATES DISTRICT COURT**
                                                            **NORTHERN DISTRICT OF MISSISSIPPI**